UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <u>et al</u> )<br><br>Plaintiffs, )<br><br>v. )<br><br>EAST GRAND NURSING HOME )<br><br>Defendant. ) | Civil Action No. 1:05-cv-2171(RBW) |

## STIPULATION OF VOLUNTARY DISMISSAL (RBW)

The parties hereby stipulate that the above-captioned case shall be dismissed without prejudice.

Respectfully submitted,


  /s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C.  20005
 (202) 626-1440
Attorney for Plaintiffs


Dated:  November 28, 2005